

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/16/2013 02:00 PM

COURTROOM 9B

HONORABLE K. MAY

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:13-bk-01520-KRM | Chapter 11 | 03/28/2013 |
| ADVERSARY: 8:13-ap-00273-KRM | | Pltf Atty: Roger J Haughey |
| | | Dft Atty: Roberta A Colton, Attorney for Trustee |

**DEBTOR:** Universal Health Care Group, Inc.

**HEARING:**

De La Concha et al v. Kapila, as Chapter 11 Trustee

Judge May's Ruling as to:
- Motion for Appointment of Interim Class Counsel by Outten & Golden LLP and Sivyer Barlow & Watson, PA, doc. #9, and Response in Opposition by Ryan D. Barack on behalf of Bryan Frankel, doc. #12, and Plaintiff's Response, doc. #25
- Motion for Interim Class Certification, Appointment of Interim Class Rep and Counsel Filed by Ryan D Barack on behalf of unknown Bryan Frankel (Attachments: # [1] Exhibit A), Doc #19, and Objection Filed by Laura E Prather on behalf of Defendant Soneet R. Kapila, as Chapter 11 Trustee, doc. #28

**APPEARANCES:**:
Ryan Barack, James Meyers, Leon Williamson, Mr. Qualls, Laura Prather, RJ Haughey and Read Sawczyn, Jack Raisnera and Rene Roupinian.

**RULING:**
Judge May's Ruling as to:

- Motion for Appointment of Interim Class Counsel by Outten & Golden LLP and Sivyer Barlow & Watson, PA, doc. #9, and Response in Opposition by Ryan D. Barack on behalf of Bryan Frankel, doc. #12, and Plaintiff's Response, doc. #25 - Denied; order by Haughey.

- Motion for Interim Class Certification, Appointment of Interim Class Rep and Counsel Filed by Ryan D Barack on behalf of unknown Bryan Frankel (Attachments: # [1] Exhibit A), Doc #19, and Objection Filed by Laura E Prather on behalf of Defendant Soneet R. Kapila, as Chapter 11 Trustee, doc. #28 - Deferre; no order at this time.

Pretrial/Status cont'd to 9/19/2013 at 3:00 pm; Announced in open court; no further notice given.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.